

FILED
12/16/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
AUG 26 2015
8-26-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Tobias G. Payton

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

William Lemke
Terry Williams
Marcus Hardy
C/o Tomezick
Major Lake
Sgt. Richards

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case 15cv7527
(To Judge Robert M. Dow, Jr.
Magistrate Judge Michael T. Mason
PC4

CHECK ONE ONLY:

__X__  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: ~~William Lemke~~ Tobias Payton

    B. List all aliases: None

    C. Prisoner identification number: R10454

    D. Place of present confinement: Pontiac

    E. Address: P.O. Box 99, Pontiac, IL. 61764

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: William Lemke

       Title: Warden (ex)

       Place of Employment: Stateville C.C.

    B. Defendant: Terry Williams

       Title: Warden (Then)

       Place of Employment: ~~Marcus Hardy~~ Stateville

    C. Defendant: Marcus Hardy

       Title: Warden (ex)

       Place of Employment: Stateville

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

## Defendants:

Defendant: C/O Tomczick

title : Correctional officer

Place of employment: Stateville


Defendant: Major. Lake

title : Major

Place of employment: Stateville

Defendant : Sgt. Richards

title : Sgt.

Place of employment: Stateville

P.3

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Zolecki etal, Cannon etal 14-cv-5955 Grote etal

B. Approximate date of filing lawsuit: Zolecki 08, Cannon 2011, Grote 09, Williams 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Peyton

D. List all defendants: Demosi, Perker, Zolecki, Franklin, Herdy, Godinez, Kroim, Berry, Weghorn, Cannon, Obesos, Carter, Herdy, Williams, Herdy, Godinez, Franklin

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): All Suits in This District

F. Name of judge to whom case was assigned: All case before Robert Dow Jr.

G. Basic claim made: Zolecki (Abessive Force) Cannon (1st Amendment) Grote (deliberate indiffence)

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Zolecki (Settled), Cannon (on Appeal), Grote (Pending) Williams (Pending)

I. Approximate date of disposition: Zolecki cctor Nov 2010.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

P.4

Revised 9/2007

Plaintiff was housed at I.D.O.C.'s Stateville Correctional Center from Sept 2008 intil July 10, 2014. While at Stateville plaintiff was subjected to numerous unconstitional conditions, to which he filed grievance on. None of the named defendant's did anything to improve these conditions, and infact the Condition's continued to deplore from Sept 2008 intil July 10, 2014.

    I was placed in F-house numerous times most recent feb 2014. While in F-house when the is off or on its cold in the month of march and epril, because the windows don't close; there is nothing to hold them shut and the windows have no seal. I would put a blanket over the window, and tie them closed with sheets; but due to no window

the cold air still comes in the cells. From Apr 21 to May 8 2015, there was no heat and due to it being cold outside it was freezing in the cell; making it impossible to sleep or get out of bed. My cell had chiped paint in thick layers from years of old paint, painted over; multiple times I cut myself by paint getting stuck inbetween my finger nails. On the wall beside my bed about 8 to 10 inchs above my mattress is a metal rod sticking out about 1 or 2 inchs, that kept cutting my arms and legs. The cell I was in then as well as all the others I was placed in, in F-house had water leaking from the ceilings. F-house tower is caked with dust, dirt, and bird feces from the birds living in F-house. The gallery carts they bring are food on, has rat and bird fece's on them. The big cart they go get

food on are used to transport trash, to go get property and other things that make them unsanitry. All these conditions exist in the cell houses to. The windows are broken and some don't close so when its cold on when the heats on its cold in are cells. The windows are caked with dirt and bird feces, there is no ventalation system to circulate new fresh air in, so we have to breath dust and feces. The windows do not serve as a ventalation system because half of them don't open due to being sealed shut and most can't be reached to open. The food at breakfest is transported in styrofoam trays on a flat open cart exposing are food to the elements of the air bugs and insects, all meal are brought in this fashion on lockdown's. There are no food warmers being used to keep are food at the required temp.

The kitchen is infested with mice and Roaches, Roaches have been found in are food, they crawl on the serving table while were getting food and on the food trys; birds living in the chow hall that fly around while we eat. About a week or two before 3-6-2014. I wrote placement officer Karren Rebrdou about having problems with my cellmate and wanting to be moved, on 3-6-2014. My cellmate Derrell Davis stabbed me with a home made knife. Within the last two years, metal detectors where place at the back doors to the cellhouses; at which time they stoped using hand held mental detectors. Inmate coming from passes, classes, visits come though the front doors where there is no metal detectors; allowing inmates to bring weapons into the cellhouses.

P. 8

The pluming is bad in the cells, lead and dirt come out at times; the water is a clear brown color like tea.

On 8-21-2015 i was sent to Seg, and put in a cell with no mattress. I had no mattress intil 8-26-2015, at 10:45 pm. I asked L.t. Malkowski for a mattress who told me there was none, and he made no effort to get me one. I asked C/o Tomezick if he could get me a mattress, and he told me to "tell someone who cares." I seen Major Lake in the chow hall, and asked him about a mattress; he told me "there are none and to sue him". On 8-26-2015 C/O's Cerventes and Seylers brought me a mattress that had mace and wet jelly all over it, i had no choice but to take it. On 8-28-2013 C/o Montes gave me a better mattress, but he didn't want to give it to me

pg 9

6.

Case: 1:15-cv-07527 Document #: 11 Filed: 12/16/15 Page 10 of 14 PageID #:52
Case: 1:15-cv-07527 Document #: 1 Filed: 08/26/15 Page 10 of 14 PageID #:10

because it had dried blood on it. When i spoke to Sgt. Richards about getting a mattress on 8-24-2015, he told me it was hard to believe i had been asking for a mattress, and noone brought me one. I point out three mattresses on F-house Flag, which Sgt. Richard sard he'll get me one; But he never did.

Also the Lights throughout Stateville never cut off or are dimed, Shining brigatly into the cell's causing me not to Sleep and Suffer headaches.

Defendants. Williams, Zemke, and Hardy. As Warden's of Stateville, have knowledge of conditional's and are respondsiable for my health and safty. Because they failed to improve the conditionts or prevent them from getting worst. They caused me to Suffer Sickness, sleep deprivetation, and possible future

P.10.

harm to my health.

Defendants Lemke and Williams. As wardens at the time they placed metal deflectors at the the back doors, but did nothing to secure the front doors of the cell house. They were respondsiable for the prison's security, and acted with total disregard for my safty. The were are of stabbings and knifes being found in E-house, and they still instilled a security measure that allowed weapons to be brought into E-house, and did noting to secure the front Door from preventing weapons being brought into cell house. Subjecting me to creul and unusaul punishment and serious harm. I was stabbed and cut multiple times, and suffered pain from my wounds.

Pll

Defendants. Loock and Lutzinger are or were Stateville's chief engineers. They were aware of the conditions and are responsiable of improving and maintain them. There failure to do so subjected me to creul and unsual punishment, pain, and sleep deprivation.

Defendant. Rebecdu Had knowledge of problems with cellmate and did noting about it. She failed to protect me from physical harm, as a result i was stabbed and cut multiple times; suffering permanent scares and pain from my knife wounds

Defendants. Tomezick, Major. Loke, Sgt. Richards. Were in Authorty and postion to get plaintiff a metress, Tomezick and Richards were housed in F-house, and Major Loke was assigned F-house. Due to their refusual and forler to get me a mattress. I suffered sleep

P.12

8. deprivctation, headaces, bruises, and pain from sleeping on bare metal for 5 and a half days. I also went two days on a unsanity matteress and suffered sleep deprivctation, from my bruises and the smell of mace on the matteress i was given. Upon getting a matteress i was confrontable with, I was still forced to sleep on a unsanity matteress with blood dried on it.

A 13

**V.  Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1 millon dollors, Lake and Tomezick Suspended or fired.

VI.  The plaintiff demands that the case be tried by a jury. ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __8__ day of __21__, 20__15__

__T8 PJ__
(Signature of plaintiff or plaintiffs)

__Tobias Payton__
(Print name)

__R10454__
(I.D. Number)

__P.O. Box 99__
__Pontiac, IL 61764__
(Address)